## AIKIN, LAMBERT & CO. v. KIRKLAND.

1. **New Trial:** CONFLICTING EVIDENCE. Where the evidence is conflicting, a refusal of the trial court to grant a new trial on the ground that the verdict is not sustained by the evidence will not be disturbed.

*Appeal from Pottawattamie District Court.*

MONDAY, JUNE 8.

ACTION to recover of the defendant for certain goods sold and delivered to one Buchanan, for which the defendant bound himself to pay, as the plaintiffs claim. Trial by jury, verdict for defendant, and judgment. The plaintiffs appeal.

The State v. Larrigan.

*Flickinger Bros.*, for appellants.

*Wright & Baldwin*, for appellee.

SEEVERS, J. No objection is made to the instructions or any other ruling of the court, except the overruling of a motion for a new trial on the ground that it is contrary to the evidence. The evidence is conflicting. If the jury believed the witnesses for the plaintiffs, the verdict should have been for them. It is evident, however, they did not do so, but based their verdict on the defendant's evidence; and, as the court overruled the motion for a new trial, we cannot interfere.

AFFIRMED.